Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18804−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William F Carlin Jr.                     Leona M. Carlin
306 Madison Avenue                       306 Madison Avenue
Newfield, NJ 08344                       Newfield, NJ 08344

Social Security No.:
 xxx−xx−6160                             xxx−xx−2151

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 14, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 14, 2024
JAN: as

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-18804-ABA
William F Carlin, Jr.  Chapter 13
Leona M. Carlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Mar 14, 2024      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Carlin, Jr., Leona M. Carlin, 306 Madison Avenue, Newfield, NJ 08344-9579 |
| lm | + | Midfirst Bank, 501 NW Grand Blvd., Oklahoma City, OK 73118-6037 |
| 520047216 | + | First Harvest Credit Union (Previously k, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 520047220 | + | MIDFIRST, 501 NW GRAND BLVD., Oklahoma City, OK 73118-6037 |
| 520047221 | + | SUNRUN, 225 BUST STREET, STE. 1400, San Francisco, CA 94104-4249 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Mar 14 2024 20:51:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| lm | + | Email/Text: legal.mail@midfirst.com | Mar 14 2024 20:51:00 | Midfirst Bank, 501 NW Grand Blvd., Oklahoma City, OK 73118-6037 |
| 520047209 | + | Email/Text: bankruptcynotices@aarons.com | Mar 14 2024 20:51:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 520047210 | + | EDI: AMSHER.COM | Mar 15 2024 00:42:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 520093944 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 14 2024 20:51:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520047211 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 14 2024 20:51:00 | BRIDGECREST, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 520051348 | + | EDI: AISACG.COM | Mar 15 2024 00:42:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520060817 | + | EDI: AISACG.COM | Mar 15 2024 00:42:00 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 520047212 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 14 2024 20:51:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520047213 | + | EDI: WFNNB.COM | Mar 15 2024 00:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520047214 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2024 21:07:30 | Credit One Bank, Attn: Bankruptcy Department, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520047215 | + | EDI: BLUESTEM | Mar 15 2024 00:42:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520047217 | + | EDI: PHINGENESIS | Mar 15 2024 00:42:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520047218 | + | EDI: LCIICSYSTEM | Mar 15 2024 00:42:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520101493 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:57:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520047220 | + | Email/Text: legal.mail@midfirst.com | Mar 14 2024 20:51:00 | MIDFIRST, 501 NW GRAND BLVD., Oklahoma City, OK 73118-6037 |
| 520047219 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 14 2024 20:50:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520112733 | + | EDI: AISMIDFIRST | Mar 15 2024 00:42:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520087526 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520111360 | | EDI: PRA.COM | Mar 15 2024 00:42:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520149148 | | EDI: PRA.COM | Mar 15 2024 00:42:00 | Portfolio Recovery Associates, LLC, c/o CABELAS, POB 41067, Norfolk, VA 23541 |
| 520106922 | | EDI: Q3G.COM | Mar 15 2024 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520091447 | | EDI: Q3G.COM | Mar 15 2024 00:42:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520047222 | + | Email/Text: synovusbankruptcy@synovus.com | Mar 14 2024 20:51:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 520047223 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2024 20:51:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 520076336 | | Email/Text: EDBKNotices@ecmc.org | Mar 14 2024 20:50:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Midfirst Bank, 501 NW Grand Blvd., Oklahoma City, OK 73118-6037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 14, 2024 | Form ID: 148 | Total Noticed: 31

Date: Mar 16, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor William F Carlin Jr. ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7